ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Advanced Aerospace Reconnaissance, LLC   )   ASBCA No. 64233
                                                     )
Under Contract Nos. FA5000-20-D-0008     )
                    FA5000-20-F-0095       )

APPEARANCE FOR THE APPELLANT:           Edward A. Rose, Jr., Esq.
                                          League City, TX

APPEARANCES FOR THE GOVERNMENT:         Caryl A. Potter, III, Esq.
                                          Air Force Deputy Chief Trial Attorney
                                         Matney Rolfe, Esq.
                                         Walker J. Gray, Esq.
                                          Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 23, 2026

_____
OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64233, Appeal of Advanced Aerospace Reconnaissance, LLC, rendered in conformance with the Board's Charter.

Dated: June 23, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals